# United States District Court
## Northern District of Illinois
### Eastern Division

JUL - 1 2004

The Travelers Indemnity Co. of IL          **JUDGMENT IN A CIVIL CASE**

v.                                         Case Number: 00 C 2202

Midland Logistics, Inc. et al

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of The Travelers Indemnity Company of Illinois and against Midland Logistics, Inc. on plaintiff's breach of contract claim. Plaintiff is awarded $50,000.00 on said claim. Judgment is entered in favor of defendants Midland Logistics, Inc., Midland Transportation Group, Inc., and James Gentile and against plaintiff on plaintiff's claim of fraud. Judgment is entered in favor The Travelers Indemnity Company of Illinois and against Midland Transportation Group, Inc. on plaintiff's claim for unjust enrichment in the amount of $367,491.00. All matters in controversy having been resolved, final judgment is hereby entered.

Michael W. Dobbins, Clerk of Court

Date: 6/30/2004

Stephen G. Tokoph, Deputy Clerk

44